# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KAREN JUCKETT, on behalf of K.J.**

    vs.                    CASE NUMBER: 1:09-CV-708 (FJS/VEB)

**MICHAEL J. ASTRUE, Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

It is ordered that the Report and Recommendation of Magistrate Judge Victor E. Bianchini is ACCEPTED in its entirety, Plaintiff's Motion for judgment on the pleadings is GRANTED, Defendant's Motion for Judgment on the pleadings is DENIED, it is further ordered that the Commissioner's decision denying benefits is REVERSED and the case is REMANDED pursuant to sentence four of 42 USC section 405(g) for the calculation of benefits. Judgment is entered in favor of Karen Juckett, on behalf of K.J.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 12th day of September, 2011.

DATED: September 12, 2011

Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk